UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CROWLEY LATIN AMERICA SERVICES, LLC,
*Plaintiff*,

vs.                                                                 CASE NO.:

AIR OCEAN INTERNATIONAL FORWARDERS,
INC., a Florida corporation,
*Defendant*.

_____/

## CIVIL COMPLAINT IN ADMIRALTY

COMES NOW, the Plaintiff, CROWLEY LATIN AMERICA SERVICES, LLC (hereinafter "CROWLEY"), by and through its undersigned counsel and files herewith this Complaint against AIR OCEAN INTERNATIONAL FORWARDERS, INC. (hereinafter "AIR OCEAN") and for cause of action *in personam* states as follows:

### THE PARTIES

1. CROWLEY is a vessel operating common carrier engaged in containerized and general cargo transportation between various ports in Florida and, among other locations, the Dominican Republic.

2. Upon information and belief, at all times hereinafter mentioned, AIR OCEAN was a non-vessel operating common carrier (NVOCC), incorporated in the State of Florida with a place of business in Miami-Dade County, Florida.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. CROWLEY is

seeking to enforce rights under maritime contracts.

## VENUE

4. Venue in this case is proper.  The defendant is a Florida corporation with a principal address listed with The Florida Department of State, Division of Corporations at Doral, Florida which is within the territorial limits of the United States District Court for the Southern District of Florida.  In addition, a substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

5. On or about October 2012 AIR OCEAN, a non-vessel operating common carrier (NVOCC), caused to be delivered certain goods for carriage by CROWLEY to the Dominican Republic at the agreed charges to be paid by AIR OCEAN to CROWLEY pursuant to contracts of affreightment.

6. Thereafter, the said goods were transported by CROWLEY to the ports of destination and delivered to the consignees designated by AIR OCEAN.

7. CROWLEY has duly performed all duties and obligations required to be performed by the Plaintiff.

8. Defendant has failed and refused to remit payment of $10,260.00 in ocean freight and related charges assessed in accordance with CROWLEY's applicable contracts of affreightment, and defendant is the responsible party to pay such charges.  The ocean freight and related charges are contained on the Bill of Lading No. JAXS2M061663 annexed as Exhibit "1".

9. Defendant also has a short payment in the amount of $60.00 outstanding for ocean freight and related charges contained within Bill of Lading No. JAXS2M033587 annexed as Exhibit "2".

10. By reason of the foregoing, CROWLEY has sustained damages in the amount of $10,320.00

arising out of defendant's transportation related activities which, although duly demanded, has not been paid by defendant.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of $10,320.00 against defendant AIR OCEAN, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
        December 17, 2012

HALLEY & HALLEY, P.A.

/s/ Thomas V. Halley
_____
Thomas V. Halley
Florida Bar No. 694363
Co-Counsel for Plaintiff
200 Crandon Boulevard, Suite 332
Key Biscayne, Florida  33149
Telephone:  305-365-1237
E-mail:  thalley@shiplaw.net


DEE M. DOLVIN, P.A.

/s/ Dee M. Dolvin
_____
Dee M. Dolvin
Florida Bar No. 707491

                                                  Co-counsel for Plaintiff
                                                  P.O. Box 310424
                                                  Miami, Florida  33231
                                                  Telephone:  305-318-1919
                                                  E-mail:  Dee@DeeMDolvin.com

Case 1:12-cv-24440-FAM   Document 1   Entered on FLSD Docket 12/18/2012   Page 4 of 4